UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00086-FL

| | |
|---|---|
| MARCOS BENITEZ GONZALEZ, ISAAC GONZALEZ HERNANDEZ, VICTORINO FELIX ANTONIO, JUAN JAVIER VARELA CUELLAR, RUBEN DOMINGUEZ ANTONIO, RIGOBERTO CARTERAS JARDON, JORGE BAUTISTA SABINO, EMMANUEL CRUZ RIVERA, CELSO GONZALEZ TREJO, ERIC JACINTO WENCES VASQUEZ, MARTIN NELSON WENCES VASQUEZ, PORFIRIO BAUTISTA CRUZ, ALEJANDRO DE LA CRUZ MEDINA, JOSE ESTEBAN HERNANDEZ CRUZ, SIXTO HERNANDEZ BUENO, VIRGINIO ANGELES GONZALEZ, TIBURCIO ANTONIO MANUEL, and HUMBERTO ANTONIO HERNANDEZ, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> O.J. SMITH FARMS, INC., BOSEMAN FARMS, INC., GREENLEAF NURSERY CO., SBHLP, INC., JOEL M. BOSEMAN, JEAN J. BOSEMAN, PEYTON G. MCDANIEL, SANDRA W. MCDANIEL, and SALVADOR BARAJAS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER APPROVING CONTENT OF NOTICE TO
CLASS ACTION MEMBERS AND METHOD
FOR DISTRIBUTING NOTICE**

This matter is before the Court on the Joint Motion by the named Plaintiffs and Boseman Farms, Inc., Joel M. Boseman, and Jean J. Boseman ("Defendants" or "Boseman") to Approve Notice to Class Action Members and to Approve Method for Distributing Notice. In support of their Joint Motion, Plaintiffs and Defendants have filed a stipulated notice and method of distribution. The proposed content and method of distribution for that notice appear to be reasonably calculated to provide the best notice practicable under the circumstances of this case.

The proposed Notice to Class Action Members of Settlement and Deadline to Make Claims (the "Notice") is both a neutral and comprehensive document that fairly apprises the Plaintiff Class Members of (i) the nature of the litigation, (ii) outlines how class members can make a claim from the settlement fund and (iii) explicitly states the deadlines by which class members need to make a claim. The Notice also provides the Plaintiff Class Members with an opportunity to obtain any necessary further information from Class Counsel and provides that Plaintiff Class members may contact Class Counsel with questions about the lawsuit or Notice.

The Court therefore formally approves the content of the Notice attached to the Joint Motion, as well as the method of distribution for the Notices to class action members set out in the Joint Motion. The Notice shall be distributed to the members of the class previously certified by this Court within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

This the 17th day of February 2021.

_____
THE HONORABLE LOUISE W. FLANAGAN
U.S. District Judge