UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:20-cv-00086-FL

| | |
|---|---|
| MARCOS BENITEZ GONZALEZ, ISAAC GONZALEZ HERNANDEZ, VICTORINO FELIX ANTONIO, JUAN JAVIER VARELA CUELLAR, RUBEN DOMINGUEZ ANTONIO, RIGOBERTO CARTERAS JARDON, JORGE BAUTISTA SABINO, EMMANUEL CRUZ RIVERA, CELSO GONZALEZ TREJO, ERIC JACINTO WENCES VASQUEZ, MARTIN NELSON WENCES VASQUEZ, PORFIRIO BAUTISTA CRUZ, ALEJANDRO DE LA CRUZ MEDINA, JOSE ESTEBAN HERNANDEZ CRUZ, SIXTO HERNANDEZ BUENO, VIRGINIO ANGELES GONZALEZ, TIBURCIO ANTONIO MANUEL, and HUMBERTO ANTONIO HERNANDEZ, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>O.J. SMITH FARMS, INC., BOSEMAN FARMS, INC., GREENLEAF NURSERY CO., SBHLP, INC., JOEL M. BOSEMAN, JEAN J. BOSEMAN, PEYTON G. MCDANIEL, SANDRA W. MCDANIEL, and SALVADOR BARAJAS,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT WITH GREENLEAF NURSERY CO.**

Plaintiffs Victorino Felix Antonio, Tiburcio Antonio Manuel, and Humberto Antonio Hernandez (collectively "Plaintiffs") and Defendant Greenleaf Nursery Co. ("Defendant") jointly move this Court for entry of the stipulated order accompanying this Joint Motion for final approval of the Joint Stipulation of Settlement and Release (DE 85-2).

**WHEREFORE** the parties respectfully request that the Court enter the proposed Order granting final approval of the Joint Stipulation of Settlement and Release (DE 85-2) and granting the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted this the 23rd day of February, 2021.

| LAW OFFICE OF ROBERT J. WILLIS, P.A. | JACKSON LEWIS P.C. |
|---|---|
| BY: /s/Robert J. Willis<br>ROBERT J. WILLIS<br>N.C. State Bar No. 10730<br>P.O. Box 1828<br>Pittsboro, NC 27312<br>Telephone: 919-821-9031<br>Facsimile: 919-821-1763<br>Email: rwillis@rjwillis-law.com<br>*Attorneys for Plaintiffs* | BY:/s/ *Caitlin M. Goforth*<br>CAITLIN M. GOFORTH<br>N.C. State Bar No. 49227<br>3737 Glenwood Ave., Suite 450<br>Raleigh, NC 27612<br>Telephone: (919)760-6460<br>Facsimile: (919)760-6461<br>Email: Caitlin.Goforth@jacksonlewis.com<br><br>BY:/s/ *Stephanie L. Adler-Paindiris*<br>STEPHANIE L. ADLER-PAINDIRIS<br>Florida Bar No. 0523283<br>**Special appearance pursuant to Rule 83.1(e)*<br>390 North Orange Avenue, Suite 1285<br>P.O. Box 3389<br>Orlando, Florida 32802-3389<br>Telephone: (407)246-8440<br>Facsimile: (407)246-8441<br>Email: Stephanie.adler-paindiris@jacksonlewis.com<br>*Attorneys for Defendant Greenleaf Nursery Co.* |

## **CERTIFICATE OF SERVICE**

This is to certify that on February 23, 2021 the undersigned electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: William Joseph Austin, Jr., Benton G. Sawrey, Laura E. Dean, F. Marshall Wall, Caitlin M. Goforth, and Stephanie L. Adler-Paindiris.

Dated: February 23, 2021.          Respectfully submitted,

*/s/ Robert J. Willis*
Robert J. Willis
Counsel for Plaintiffs
E-mail: rwillis@rjwillis-law.com