| | |
|---|---|
| MARCOS BENITEZ GONZALEZ, ISAAC GONZALEZ HERNANDEZ, VICTORINO FELIX ANTONIO, JUAN JAVIER VARELA CUELLAR, RUBEN DOMINGUEZ ANTONIO, RIGOBERTO CARTERAS JARDON, JORGE BAUTISTA SABINO, EMMANUEL CRUZ RIVERA, CELSO GONZALEZ TREJO, ERIC JACINTO WENCES VASQUEZ, MARTIN NELSON WENCES VASQUEZ, PORFIRIO BAUTISTA CRUZ, ALEJANDRO DE LA CRUZ MEDINA, JOSE ESTEBAN HERNANDEZ CRUZ, SIXTO HERNANDEZ BUENO, VIRGINIO ANGELES GONZALEZ, TIBURCIO ANTONIO MANUEL, and HUMBERTO ANTONIO HERNANDEZ, on behalf of themselves and all other similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> O.J. SMITH FARMS, INC., BOSEMAN FARMS, INC., GREENLEAF NURSERY CO., SBHLP, INC., JOEL M. BOSEMAN, JEAN J. BOSEMAN, PEYTON G. MCDANIEL, SANDRA W. MCDANIEL, and SALVADOR BARAJAS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH O. J. SMITH FARMS, INC.**

This matter comes before the Court to consider final approval of the Settlement Agreement and General Release [DE 96-2]("Settlement Agreement") between Plaintiffs Marcos Benitez Gonzalez, Isaac Gonzalez Hernandez, Victorino Felix Antonio, Juan Javier Varela Cuellar, Ruben Dominguez Antonio, Rigoberto Carteras Jardon, Jorge Bautista Sabino, Emmanuel Cruz Rivera, Celso Gonzalez Trejo, Eric Jacinto Wences Vasquez, Martin Nelson Wences Vasquez, Porfirio Bautista Cruz, Alejandro de la Cruz Medina, José Esteban Hernandez Cruz, Sixto Hernandez Bueno, Virginio Angeles Gonzalez, Tiburcio Antonio Manuel, and Humberto Antonio Hernandez (collectively "Plaintiffs") and defendants O. J. Smith Farms, Inc., Sandra W. McDaniel, and Peyton G. McDaniel (collectively "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"). The Parties have jointly requested the Court to approve the Settlement Agreement and have mutually agreed to the entry of this Order granting final approval of the Settlement Agreement.

Having reviewed the Parties' Joint Motion By Plaintiffs and O. J. Smith Farms Defendants for Final Approval of Collective and Class Action Settlement [DE 114], Joint Memorandum in Support of Joint Motion By Plaintiffs and Smith Farms Defendants for Final Approval of Class Action Settlement [DE 115], the supporting Declaration filed by Plaintiffs' Counsel in support of the Joint Motion for Preliminary Approval of that same Settlement Agreement [DE 96-3], the Second Declaration of Robert J. Willis filed in support of the Parties' Joint Motion for Final Approval [DE 115-1], Defendants' Counsel's Notice regarding distribution of Class

Notice [DE 113], and the representation of counsel for the Parties at the final fairness hearing held on March 1, 2021, including Counsel's representation that no objections to the Settlement with the O. J. Smith Farms, Inc. defendants have been received, the Court now FINDS, CONCLUDES, DECREES and ORDERS as follows:

(1) This Court has jurisdiction over the subject matter of the litigation and over all parties to this litigation, including all members of the certified classes.

(2) Neither the Settlement, nor the final approval order, nor the fact of a settlement, are an admission or concession by the Defendants of any liability or wrongdoing whatsoever.

(3) Counsel for the Plaintiffs has adequately represented Plaintiff class members to date.

(4) The Court granted preliminary approval of the Settlement and approved class notice on January 13, 2021 [DE 103 and DE 105], and Plaintiffs provided timely notice to the class. [DE 113]. Plaintiff class members have been provided proper and adequate notice of the terms of the Settlement Agreement, as well as the applicable dates and procedure by which to submit any objections. *Id*. No such objections to the terms of the Settlement Agreement, or the Settlement Agreement's final approval by this Court, have been received from any Plaintiff class or collective action member.

(5) The terms of the Settlement set forth in the parties' Settlement Agreement. [DE 96-2] and in the parties' Joint Memorandum in Support of Joint

Motion By Plaintiffs and Smith Farms Defendants for Final Approval of Class Action Settlement [DE 115] are hereby approved. After holding a fairness hearing on March 1, 2021, the Court finds that the Settlement Agreement is fair and adequate, and a reasonable and equitable compromise of the claims in this case; that the Settlement Agreement is the result of extensive, arms-length bargaining between the parties, after Plaintiffs' Counsel had investigated the class claims and became familiar with the strengths and weaknesses of the case; that the class representatives have adequately represented the classes; that the Settlement Agreement is in the best interest of the named Plaintiffs and of the classes they have been certified to represent; and that the Settlement falls within the range of reasonableness and of final approval.

(6)  Defendants shall comply with the terms of ¶¶2-7 of the Settlement Agreement and General Release [DE 96-2 at 2-4]. In the event that less than 45 members of the Class certified by the Court in its Order [DE 104 at 5 and 13] submit a timely claim pursuant to ¶9.E.(2) of the Settlement Agreement [DE 96-2 at 6] on or before the September 9, 2021 expiration date of the 240-day claim period following the January 13, 2021 date on which the Court granted its preliminary approval of the Settlement Agreement, the Defendants shall double the $85.47 payment to each class member(s) who has submitted a timely and documented class claim pursuant to ¶¶3 and 9.E.(2) of the Settlement Agreement and General Release [DE 83-1 at 3].

(7) Pursuant to ¶¶3 and 9.E.(2) of the Settlement Agreement and General Release [DE 96-2 at 3-6], no later than 60 days after September 9, 2021, the Defendants shall:

(a) Pay any unclaimed class funds from the $10,000 class settlement fund to the Farm Labor Research Project, Inc. d/b/a Campaign for Migrant Worker Justice (CMWJ), and

(b) Provide a written and complete report by letter or email to Plaintiffs' counsel which reasonably accounts for the distribution of the $10,000 class settlement fund in the manner required by this Order.

(8) Pursuant to ¶¶2-7 of the Settlement Agreement and General Release [DE 96-2 at 2-4] and *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994), the Court shall retain jurisdiction to enforce the terms of Settlement Agreement and General Release [DE 96-2] through December 31, 2022. On the expiration of that that date, this action is automatically dismissed with prejudice.

(9) In light of the instant settlement, plaintiff's motion to amend complaint (DE 69) is DENIED AS MOOT.

SO ORDERED.

This the 1st day of March 2021.

_____
THE HONORABLE LOUISE W. FLANAGAN
U.S. District Court Judge